UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09

------------------------------------X

JOSIAN HIRD-MOOREHOUSE,

        Plaintiff,

  - against -

BELGIAN MISSION TO THE UNITED NATIONS,

        Defendant.

------------------------------------X

03 Civ. 9688 (RWS)

O R D E R

**Sweet, D.J.,**

    Plaintiff's letter of October 12, 2009, will be treated as a motion and will be heard at noon on Wednesday, October 21, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**October /4, 2009**

                        **ROBERT W. SWEET**
                              U.S.D.J.