```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JOSIAN HIRD-MOOREHOUSE,

                    Plaintiff,                03 Civ. 9688 (RWS)

    - against -                                O R D E R

BELGIAN MISSION TO THE UNITED NATIONS,

                    Defendant.
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09

**Sweet, D.J.**

Defendant's letter of November 20, 2009, will be treated as a motion to be heard at noon on Wednesday, December 2, 2009, in courtroom 18C.

It is so ordered.

**New York, NY**
**November 23, 2009**

ROBERT W. SWEET
U.S.D.J.